AO91 (Rev. 12/03) Criminal Complaint    Felony    AUSA    United States District Southern District of Tex- FILED

# UNITED STATES DISTRICT COURT

MAY 28 2019

Southern District Of Texas Brownsville Division

David J. Bradley, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Juan Manuel SALAZAR-Loredo
A205 164 145 Mexico

**CRIMINAL COMPLAINT**

Case Number: B-19- mj 613

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **May 27, 2019** in **Cameron** County, in the **Southern District Of Texas** defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)/(b)(1)__

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol Agents conducting Linewatch operations near Brownsville, Texas on May 27, 2019. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on June 28, 2018. The defendant was convicted of Evading Arrest on February 7, 2008. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $521.00 Mexican pesos at the time of arrest.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Mora, Sergio A.    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

May 28, 2019                                                        at    Brownsville, Texas
Date                                                                      City/State

Ronald G. Morgan    U.S. Magistrate Judge
Name of Judge        Title of Judge                               Signature of Judge